AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: | 2022 FEB -7  PM 1:13 |
|---|---|---|
| Name (under which you were convicted): Richard Watson | | Docket or Case No.: 2006 CF 013074 NC  8:22-cv-316-TPB-JSS |
| Place of Confinement : Union Correctional Institution | | Prisoner No.: 032053 |
| Petitioner (include the name under which you were convicted) Richard Watson | Respondent (authorized person having custody of petitioner) v. Florida | |
| The Attorney General of the State of: Florida - Ashely Moody | | |

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

Twelfth Judicial Circuit - Sarasota Justice Center
2071 Ringling Boulevard
Sarasota, Florida 34237

(b) Criminal docket or case number (if you know): 2006 CF 013074 NC

2.  (a) Date of the judgment of conviction (if you know): September 8, 2008

(b) Date of sentencing: September 8, 2008

3.  Length of sentence: Life

4.  In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☑ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Sexual Battery with
a Deadly Weapon.

6.  (a) What was your plea? (Check one)

☑ (1)  Not guilty      ☐ (3)  Nolo contendere (no contest)

☐ (2)  Guilty          ☐ (4)  Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes    ☐ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: *In The District Court Of Appeal - Second District*

(b) Docket or case number (if you know): *2D09-5794*

(c) Result: *Denied*

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: *Using Of Inadmissurable Evidence {razor Blade} which did not Connect the Plaintiff with, the accused victem didn't say that she saw a "weapon", But felted something sharp on the Back of her neck, Several used Carpenter razor Blades were found laying Beside a used trash Construction Dumpster Being used as Renovations was Being done inside The Sarasota Opera House,*

(g) Did you seek further review by a higher state court?   ☑ Yes   ☐ No

If yes, answer the following:

(1) Name of court: *District Court Of Appeal - Second District*

(2) Docket or case number (if you know): *2D09-5794*

(3) Result: *Denied*

_____

AO 241 (Rev. 09/17)

(4) Date of result (if you know):

(5) Citation to the case (if you know): _____

(6) Grounds raised: *The prosecutor (state) did not prove Beyond a doubt that a weapon was used, But an (razor Blade) Object of interest only. Stated By Detective @ ames Tutsock who were the Latent Technician during that time period.*

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☐ Yes  ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result: _____

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding:

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☑ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding:

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☑ Yes    ☐ No

(2) Second petition:   ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE: Tape Recording at Taylor Correctional Institution with held By Prosecutor, Court and Sarasota Police Department from Defence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Appellant (Richard Watson) was accused By Detective (James Jutsock and Detective (James Glover of Sexually Assaulting a White Female on 5-29-2002 on a Tape Recording Interview on 2006 at Taylor Correctional Institution But was not Shared with the Defence and Jury members at Trial and the Defence wanted to know why this was Being with held By the State, Court and the Sarasota Police Department

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)  **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  *Post Conviction Relief Motion*

Name and location of the court where the motion or petition was filed:  *In The Circut Court of The Twelfth Judicial Circuit, Sarasota County, Florida*

Docket or case number (if you know):  *Case No. 2006 CF01374 NC*

Date of the court's decision:  *August 4, 2014*

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:  *No weapon produced as Petitioner spoke of.*

Name and location of the court where the appeal was filed:  *Twelfth Judicial Circuit Sarasota Justice Center 2071 Ringling Blvd- Sarasota, Florida 34237*

Docket or case number (if you know):  *Case No. 2006 CF01374 NC*

Date of the court's decision:  *Can not Remember.*

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _In admissable Evidence that had no_
_Connection to the Appellant But only as an Object of_
_Interest._

**GROUND TWO:** _The State did not Bring forward a pair of Blackhandle_
_7"inch Pliers described by the defendant that threw them farther into the_
_Alley._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): 

_The defendant (marjorie kirby) Stated that she Could identify her_
_attacker which she describe as a Blackmale Approximately mid 30's to early_
_40's About 5.8" in hight, muscular Built with dark skin And a long Afro,_
_Assistant Prasecution: Elizabeth Scahn showed defendant Numberous Pictures_
_of the Appellant And stated that is not him (Richard Watson) who_
_Attacked her_

(b) If you did not exhaust your state remedies on Ground Two, explain why: 

(c)    **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes    ☐ No

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: 

(d)    **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☑ Yes    ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _Post Conviction Motion._

    Name and location of the court where the motion or petition was filed: _Twelfth Judicial_
_Circut-Sarasota Justice Center -2071 Ringling Blvd._
_Sarasota, Florida 34237_

    Docket or case number (if you know): _2006CF10374NC_

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes       ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☑ Yes       ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: Witness described weapon was not produced By State.

Name and location of the court where the appeal was filed: District Court of Appeal Second District, 1005 E. Memorial Blvd. P.O. Box 327 Lakeland, Florida 33802

Docket or case number (if you know): 2D09-5794

Date of the court's decision: Denied

Result (attach a copy of the court's opinion or order, if available): None available.

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two :

_____

_____

**GROUND THREE:**    _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)     **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?   ❏ Yes   ❏ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ❏ Yes   ❏ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?   ❏ Yes   ❏ No

    (4) Did you appeal from the denial of your motion or petition?   ❏ Yes   ❏ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❏ Yes   ❏ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏ Yes     ❏ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes     ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev, 09/17)

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ❑ Yes    ❑ No

(4) Did you appeal from the denial of your motion or petition?    ❑ Yes    ❑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❑ Yes    ❑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐  Yes      ☐  No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐   Yes   ☑  No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐   Yes   ☑  No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: *Lawerence D. Montekio*

(d) At sentencing: *Lawrence D. Montekio*

(e) On appeal: *Kevin Briggs - Assistant Public Defender*

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: *NONE*

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☑ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The Assistant (Elizabeth Scanlan) prosecutor did not produce a weapon against the Petition (Richard Watson) But Brought forward 1 of many used Carpenter Blades found By a Construction Dumpster used By Construction personels Renovating the Inside of the Sarasota Opera House located on Pineapple Avenue In An Alley Between the Golden Apple Dinner theatre and Sarasota Opera House In Sarasota County, Florida.

AO 241 (Rev. 09/17)

The Court (Judge Charles Roberts) knew that the State (El:zaBeth Scanlan) Could not produce a weapon against the Petitioner (Richard Watson) which was described By the Supposed "victim (majorie Kirby) on the witness stand: "1 nch pair of Black handle Nfers, But allowed Enadmissable Evidence which did not Connect the Petitioner (Richard Watson) with, one of many used Carpenton Blades found By a used Construction Dumpster which was tested for fenger prents, By Dectective (James Glover who was the latent print Techn'ician But found no prints of the Petitioner period to tie him with. The only thing Connected the Petitioner (Richard Watson) and majorie Kirby was his DNA when Both was trying to have Consenual Sex" during a "Business Transaction" Between the two of them.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)      A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A)      the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)      the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)      the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)      the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)      The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Why did Judge Charles Roberts allowed the Assistant Prosecutor (Elizabeth Scanlan) to use "Inadmissable Evidence" which had no Connection with the Petitioner*
or any other relief to which petitioner may be entitled. *The State did not produce the described 7"inch Block handle pair of Pliers that I maJorie kirby Suitness described that she picked up and threw them further Back into the Alley But was not found By Officers of Sarasota Police Department.*

_____
                     Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on *January 31, 2022* (month, date, year).

Executed (signed) on *January 31, 2022* (date).


*Richard Watson*
_____
                     Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____